UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

AARON DANIEL REYES TORTOLERO,

Petitioner,

v.

WARDEN[,] DESERT VIEW ANNEX, et al.,

Respondent.

Case No. 5:26-cv-03305-RGK (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

**(AS MODIFIED BY THE COURT)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) ordering Respondents to immediately release Petitioner Aaron Daniel Reyes Tortolero (A# 244-267-104) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained; (c) ordering

Respondents to return all property confiscated from Petitioner (if any) during his arrest and processing into detention; ~~(d) enjoining Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the Government bears the burden of proving that Petitioner is a flight risk or danger to the community;~~ and (e) ordering Respondents to file a status report within two (2) business days of the date of the Order accepting and adopting the Report and Recommendation to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

DATED: 7/31/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE