JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

AARON DANIEL REYES TORTOLERO,

Petitioner,

v.

WARDEN[,] DESERT VIEW ANNEX, et al.,

Respondent.

Case No. 5:26-cv-03305-RGK (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge as modified,

IT IS ADJUDGED that the Petition is granted and a writ shall be issued requiring Respondents to immediately release Petitioner Aaron Daniel Reyes Tortolero (A# 244-267-104) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

~~Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the Government bears the burden of proving that Petitioner is a flight risk or danger to the community.~~

Respondents are ordered to file a status report within two (2) business days of the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

DATED: 7/31/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE